UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RUBIEL ELIDIO CARDOSO-CHAVEZ,

                    Plaintiffs,

-against-

MORBARK, LLC and
RAYCO MANUFACTURING, INC.

                    Defendants.
------------------------------------------------------------x

23 CV 4802

**STIPULATION**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 17 2024
LONG ISLAND OFFICE

WHEREAS, Plaintiff intends to include ESSCO DISTRIBUTORS, INC. and ESSCO PARTS INC., as direct defendants in this litigation.

WHEREAS, ESSCO DISTRIBUTORS, INC. and ESSCO PARTS INC. ARE New York State corporate entities domiciled in Suffolk County, New York and the addition of these entities as party defendants will destroy this Court's diversity jurisdiction.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that Plaintiff's complaint is voluntarily dismissed against Defendants, **without prejudice** and without costs. It is understood that the Plaintiff will file a new action in New York State Supreme Court, County of Suffolk naming these same defendants and other non-diverse entities. Defense counsel for Morbark, LLC has the authority, and agrees, to accept service of the new action to be filed in the New York State Supreme Court, County of Suffolk, on behalf of Morbark, LLC.

Dated: New York, New York
       July 11, 2024

| THE LAW OFFICES OF JOSEPH MONACO | LEWIS JOHS AVALLONE AVILES, LLP |
|---|---|
| By: *Joseph D. Monaco III*  <br>192 Lexington Avenue - Suite 802  <br>New York, New York 10016  <br>212-486-4244 | By: _____  <br>Joseph A. Materazo  <br>1377 Motor Parkway, Suite 400  <br>Islandia, New York 11749  <br>(631) 755-0101 |

SO ORDERED _____, USMJ
        Magistrate Judge Anne Y. Shields

/s/Gary R. Brown

Gary R. Brown USDJ
Dated 7/17/2024